In the Matter of the Liquidation of LAWYERS TITLE AND GUARANTY COMPANY.

STEWART FORSHAY, as Trustee, et al., Respondents; LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of LAWYERS TITLE AND GUARANTY COMPANY, Appellant.

Argued October 3, 1938; decided October 25, 1938.

573

*J. Donald Whelehan, Irving H. Jurow* and *Herman Berniker* for appellant.

*Michael F. Dee, Louis Glickhouse, Arthur Rosenberg* and *Maurice Finkelstein* for Mortgage Commission of the State of New York, respondent.

*Leon London* and *Harry J. Chernock* for Stewart Forshay, respondent.

*Frank W. Chambers* and *Frederick J. Wilkens* for Trustees of Series No. 400,572 of Lawyers Title and Guaranty Company, *amici curiæ.*

Order affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.   Dissenting: CRANE, Ch. J.